UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTELL GOSZTYLA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WEI GU, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 1:22-cv-00610-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S DECLARATION FOR ENTRY OF DEFAULT<br><br>(ECF No. 8) |

　　Chantell Gosztyla ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　On July 6, 2022, Plaintiff filed a declaration for entry of default. (ECF No. 8). Plaintiff alleges that Court records show that Defendants were served with a copy of the complaint on May 25, 2022, and that Defendants failed to respond.

　　The Court has reviewed the docket in this case, and there is no indication that Defendants have been served with a copy of Plaintiff's complaint. On May 25, 2022, the Court granted Plaintiff's application to proceed *in forma pauperis* (ECF No. 7), but it did not serve Defendants with a copy of the complaint.

　　The Court notes that Plaintiff's complaint is awaiting screening. If any claims are allowed to proceed past screening, the Court will authorize service of process.

\\\

\\\

1

1  Accordingly, based on the foregoing, the Court will not enter Defendants' default at this
2  time.

IT IS SO ORDERED.

Dated:  **July 11, 2022**                           /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE

2