UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTELL GOSZTYLA,<br><br>        Plaintiff,<br><br>   v.<br><br>WEI GU, et al.,<br><br>        Defendants. | No. 1:22-cv-00610-ADA-EPG (PC)<br><br>ORDER ADOPTING SCREENING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 11, 12) |

      Plaintiff Chantell Gosztyla is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On February 9, 2023, the assigned Magistrate Judge entered findings and recommendations recommending "[t]his case proceed on Plaintiff's Eighth Amendment claim against defendant Gu, in his individual and official capacity, for deliberate indifference to Plaintiff's serious medical needs" and that "[a]ll other claims and defendants be dismissed for failure to state a claim." (ECF No. 12 at 9.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days of service. (*Id.*) Plaintiff has not filed objections, and the deadline to do so has passed.

///

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on February 9, 2023 (ECF No. 12), are adopted in full;

2. This case shall proceed on Plaintiff's Eighth Amendment claim against Defendant Gu, in his individual and official capacities, for deliberate indifference to Plaintiff's serious medical need;

3. All other claims and Defendants are dismissed; and

4. The Clerk of Court is directed to reflect the rulings of this order on the docket.

IT IS SO ORDERED.

Dated:   May 31, 2023

UNITED STATES DISTRICT JUDGE