UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTELL GOSZTYLA,<br><br>    Plaintiff,<br><br>  v.<br><br>WEI GU,<br><br>    Defendant. | Case No. 1:22-cv-00610-NODJ-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S SECOND REQUEST FOR ACCESS TO HER C-FILE<br><br>(ECF Nos. 36, 37, 38) |

    Chantell Gosztyla is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The case is currently in discovery. On February 2, 2024, Plaintiff filed a Motion to Compel, asking the Court to "order CCWF[1] to promptly produce Plaintiff's C-file[2] to the Plaintiff." (ECF No. 34).

    The Court denied Plaintiff's motion to compel without prejudice on February 7, 2024, advising her that "after Plaintiff receives documents from Defendant, which are due by February 15, 2024, if Plaintiff still believes she needs access to her c-file, Plaintiff may file another motion requesting access to specific documents from her c-file. Plaintiff should describe what documents she believes she needs and whether Defendant have already provided those documents to her." (ECF No. 35). The next day, on February 08, 2024, Plaintiff mailed a

---

[1] Central California Women Facility.

[2] Central file.

Reply to the Court's order,[3] again requesting that the Court order "CCWF/CDCR to provide her c-file." (ECF No. 36). Plaintiff also filed a Certificate of Service, detailing the documents she served on Defendant, and promising to "serve more documents that are directly related to the matters in this case once she receives them from her c-file at CCWF." (ECF No. 37).

On February 14, 2028, attorney Nilufar K. Majd filed a declaration, stating that counsel for Defendant "was informed by the CCFW Litigation Office that Plaintiff completed an Olson review of her central file, with no issue." (ECF No. 38).

In light of counsel's declaration (ECF No. 38), the Court will deny Plaintiff's second request for access to her c-file (ECF No. 36). If Plaintiff believes there are documents that the Defendant was ordered to produce by the Court's Discovery Order (ECF No. 26) but did not produce, Plaintiff may file another motion to compel. Plaintiff should describe what documents she believes she still needs and identify which provision of the Court's Discovery Order ordered their production.

Accordingly, IT IS ORDERED that Plaintiff's second request for access to her c-file (ECF No. 36) is DENIED.

IT IS SO ORDERED.

Dated:   **February 16, 2024**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

---

[3] This requested was received by the Court and docketed on February 14, 2024. (ECF No. 37).