UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTELL GOSZTYLA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>WEI GU,<br><br>　　　Defendant. | Case No. 1:22-cv-00610-KES-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER COMPELLING DISCOVERY<br><br>(ECF No. 42) |

　　　Chantell Gosztyla is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　On April 4, 2024, Plaintiff filed a motion to compel original documents of her medical file because she believed the medical records produced by Defendants were not authentic. In support, Plaintiff pointed to the signature on many documents under the words "Yes—Inmate/Patient communicates understanding of instructions given." Plaintiff asserts that these must be fraudulent because she never signed any such document. Plaintiff also objected to redactions in some of the documents. (*See* ECF No. 42).

　　　Defendant Gu filed an opposition on April 24, 2024. (ECF No. 43). Defendant represents that the documents produced by Plaintiff are true and correct copies of Plaintiff's medical file. Defendant includes a declaration from the Custodian of Records attesting to this. Defendant states that the signatures in question are from medical staff—not Plaintiff. (ECF No.

1

43, at p. 3 ("As far as the authorizations Plaintiff cites to in her Exhibit A, these records indicate that the patient understood the instruction provided to her by the medical staff along with the medical staff's signature and signature of another witness to that communication.")). Defendant also represents that unredacted records have now been produced to Plaintiff.

Plaintiff did not file a reply.

Given Defendant's explanation and representations that the documents are authentic and have been provided in unredacted form, the Court orders:

1. Plaintiff's Motion for an Order Compelling Discovery (ECF No. 42) is DENIED.

IT IS SO ORDERED.

Dated:   **June 17, 2024**                         /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE

2